CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JAN 25 2016

JULIA C. DUDLEY, CLERK
BY: /s/ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| ISRAEL RAY COOPER, | ) | |
|     Plaintiff, | ) | Civil Action No. 7:15-cv-00679 |
| | ) | |
| v. | ) | **MEMORANDUM OPINION** |
| | ) | |
| UNNAMED DEFENDANTS, | ) | By:  Glen E. Conrad |
|     Defendant(s). | ) |        Chief United States District Judge |

Israel Ray Cooper, proceeding pro se, filed a civil rights complaint, pursuant to 42 U.S.C. § 1983. By order entered December 18, 2015, the court directed plaintiff to submit within 10 days from the date of the order a statement of assets, an inmate account form, and a certified copy of plaintiff's trust fund account statement for the six-month period immediately preceding the filing of the complaint, obtained from the appropriate prison official of each prison at which plaintiff is or was confined during that six-month period as well as an executed verified statement. The court advised Plaintiff in its December 18, 2015 order which conditionally filed the case that it would not adjudicate legal and factual matters discussed in either a pleading or motion until plaintiff cured the deficiencies noted in the conditionally filed order. Plaintiff was encouraged to first resolve any noted deficiencies before filing any pleadings or motions. Plaintiff was advised that a failure to comply would result in dismissal of this action without prejudice. Plaintiff has filed motions for preliminary injunction on December 16, 2015 and on January 8, 2016.

More than 10 days have elapsed, and plaintiff has failed to comply with the described conditions. Accordingly, the court dismisses the action without prejudice, denies all pending motions, including the motions for preliminary injunction, and strikes the case from the active

docket of the court. Plaintiff may refile the claims in a separate action once plaintiff is prepared to comply with the noted conditions.

The Clerk is directed to send a copy of this Memorandum Opinion and accompanying Order to plaintiff.

ENTER: This 25th day of January, 2016.

/s/ Glen E. Conrad
Chief United States District Judge